**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

LIZAR POLK,                                                                                         PLAINTIFF

VERSUS                                                                  CASE NO: 4:08cv151-P-S

HOMECOMINGS FINANCIAL, INC.                                          DEFENDANT

<u>ORDER</u>

On October 17, 2009, Plaintiff moved this court to enforce the settlement agreement between the parties or, in the alternative, to be released from the agreement. After reviewing the docket in this case, it appears that the Defendant has not responded.

IT IS, THEREFORE, ORDERED:

That the Defendant is to respond to the Motion within 5 days of this Order.

THIS, the 12th day of November 2009.

                                                                  /s/ David A. Sanders
                                                                  UNITED STATES MAGISTRATE JUDGE